IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No: 1:11-CR-447-001 |
| : | Hon. Anthony J. Trenga |
| **HANA AMAL BESHARA** : | |
| : | |
| **Defendant** : | |

## ORDER

Upon motion of the Defendant, Hana Amal Beshara, by and through counsel, and for good cause shown, it is hereby,

ORDERED that Defendant is permitted to report to the United States Probation Office for the Eastern District of Virginia by telephone pending resolution of a determination of the terms and location of her supervised release supervision.

_____
Honorable Anthony J. Trenga
United States District Judge

Date: _____
Alexandria, Virginia