IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 1:11-cr-447-001 (AJT) |
| ) | |
| HANA AMAL BESHARA, *et al.*, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon n consideration of Defendant Hana Amal Beshara's Emergency Motion to Permit Reporting by Telephone Pending Determination of Terms and Location of Supervised Release Supervision [Doc. No. 145], it is hereby

ORDERED that Defendant may report telephonically to the United States Probation Office for the Eastern District of Virginia, as directed by that office, pending further order of this Court pertaining to the terms and location of defendant's supervised release.

The Clerk is directed to send a copy of this Order to counsel of record and also the United States Probation and Pre-Trial Services Office for the Eastern District of Virginia.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 3, 2013